UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DESMOND DELGADILLO**, | Case No.: 2:19-cv-01790 |
| Plaintiff, | |
| -vs- | Judge Joanna Seybert |
| **GOSI ENTERPRISES, LTD**, | Magistrate Judge Anne Shields |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Desmond Delgadillo, through counsel, hereby gives notice of voluntary dismissal *without prejudice* as to all claims against Defendant, Gosi Enterprises, Ltd.

Respectfully submitted,

*/s/ Javier L. Merino*
Dann Law
Javier L. Merino, Esq. (5294699)
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
(201) 355-3440- Direct
(216) 373-0539- Main
(216) 373-0536- Fax
notices@dannlaw.com
*Counsel of Record for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of February, 2020, a copy of the foregoing was filed electronically via United States District Court Eastern District of New York's ECF/CM. A true and correct copy of Plaintiff's Notice of Voluntary Dismissal was also sent via United States Post Office Certified Mail to Gosi Enterprises, Ltd. at the address listed below:

Gosi Enterprises, LTD.
℅ Chief Executive Officer
Jonathan Singer
7 Old Westbury Rd.
East Hills, NY 11577

                                                  */s/ Javier L. Merino*
                                                  Javier L. Merino, Esq. (5294699)
                                                  DannLaw