UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED
CLERK**

11:50 am, Feb 27, 2020

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DESMOND DELGADILLO**,

      Plaintiff,
-vs-

**GOSI ENTERPRISES, LTD**,

      Defendant.

Case No.: 2:19-cv-01790

Judge Joanna Seybert

Magistrate Judge Anne Shields

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Desmond Delgadillo, through counsel, hereby gives notice of voluntary dismissal *without prejudice* as to all claims against Defendant, Gosi Enterprises, Ltd.

Respectfully submitted,

*/s/ Javier L. Merino*
Dann Law
Javier L. Merino, Esq. (5294699)
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
(201) 355-3440- Direct
(216) 373-0539- Main
(216) 373-0536- Fax
notices@dannlaw.com
*Counsel of Record for Plaintiff*

SO ORDERED.
Dated 2/27/2020

    **/s/ GARY R. BROWN**
    Gary R. Brown, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2020, a copy of the foregoing was filed electronically via United States District Court Eastern District of New York's ECF/CM. A true and correct copy of Plaintiff's Notice of Voluntary Dismissal was also sent via United States Post Office Certified Mail to Gosi Enterprises, Ltd. at the address listed below:

Gosi Enterprises, LTD.
℅ Chief Executive Officer
Jonathan Singer
7 Old Westbury Rd.
East Hills, NY 11577

*/s/ Javier L. Merino*
Javier L. Merino, Esq. (5294699)
DannLaw